UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 10-13883

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff(s),

-v-

RIVERS BEND ESTATES, LIMITED PARTNERSHIP,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the United States Courthouse, in the City of Detroit, State of Michigan on October 29, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for lack of jurisdiction has been sent to counsel of record. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is DISMISSED for lack of subject matter jurisdiction.

                              s/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: October 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 29, 2010, by electronic and/or ordinary mail.

                              s/Marilyn Orem
                              Case Manager